ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

No briefs will be filed under Rule 25.

No. 10–5004/AF.   U.S. v. Ryan D. Humphries.   CCA 37632.   Notice is hereby given that a motion for enlargement of time to file a certificate for review of the decision of the Air Force Court of Criminal Appeals was filed by the United States under Rule 30 on this date.

No. 11–5005/MC.   U.S. v. Jeremy J. Nash.   CCA 201000220.   The motion filed by the United States for an enlargement of time to file a certificate for review is granted, *but only up to and including September 16, 2011*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 11–5006/MC.   U.S. v. Jonathan E. Lee.   CCA 200600543.   The motion filed by the United States for an enlargement of time to file a certificate for review is granted, *but only up to and including September 9, 2011*, and· *absent extraordinary circumstances, no further extension of time will be granted in this case*.

